# United States Court of Appeals for the Federal Circuit

---

May 16, 2011

**ERRATA**

---

Appeal No. 2009-1263

**MICRON TECHNOLOGY, INC.**,
*Plaintiff/Counterclaim Defendant-Appellee,*

AND

**MICRON ELECTRONICS, INC.**
AND **MICRON SEMICONDUCTOR PRODUCTS, INC.**,
*Counterclaim Defendants-Appellees,*

v.

**RAMBUS INC.**,
*Defendant/Counterclaimant-Appellant.*

---

Decided: May 13, 2011
Precedential Opinion

---

Please make the following change:

Page 22, lines 7-8, change, "Rambus is" to --when Rambus sued Hitachi on January 18, 2000, it was--.